# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-1049

_____

JUSTIN T. FREEMAN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

September 24, 2020

PER CURIAM.

The petition for writ of prohibition is dismissed as moot. *See Polanco v. Citizens Property Ins. Corp.*, 271 So. 3d 1117 (Fla. 3d DCA 2019).

LEWIS, MAKAR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael L. MacNamara of The MacNamara Law Firm, P.A., Tallahassee, for Petitioner.

Ashley Moody, Attorney General, and Robert "Charlie" Lee, Assistant Attorney General, Tallahassee, for Respondent.